# United States Court of Appeals
## For the First Circuit



2012 JAN 30 P 1:04

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 12-1008

RUSSELL HOFF, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs-Appellee,

v.

MARIA DEL CARMEN GARRIGA, et. al.,

Objector – Appellants

**TO THE HONORABLE COURT:**

**COMES NOW**, Objectors-Appellants Maria Del Carmen Garriga, Alfredo Carl Meltz-Narvaez, Francisco Lopez-Dosal and Jose Alonso, and the rejected Opt Out claimants Emilia Vazquez-Stefani, Angel Lopez-Sanchez, Edwin Figueroa-Branue, Maria D. Luque-Villafane, Jesus M. Zayas, Suc. M. Romero-Sanchez & Juan Jose Garcia-Rodriguez, Miguel Cancio, Juan Cancio, Beningno E. Gonzales, Carmen Muñoz-Borrero, Haydee Lopez-Dupry and Lombardo Perez, in the above captioned case, through the undersigned counsel and very respectfully state and request:

1.  The appellant's notify that, pursuant to *Rule 42(b) of the Rules for the Court of Appeals*, they have agreed with the appellee for the voluntary dismissal with prejudice of this appeal by which each party will bear their own costs and attorney's fees.

**I HEREBY CERTIFY** that on this same day, a true copy of this document has been notified by regular mail to counsel for appellee: Robert M. Rothman, Esq.,

rrothman@csgrr.com, Rudman & Robbins LLP, Coughlin Stoia Geller, 58 South Service Road, Suite 200, Melville, NY 11747.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 27th day of January, 2012.

ERIC QUETGLAS JORDAN, ESQ.
1st Cir.Bar #75573
QUETGLAS LAW OFFICES
PO Box 16606
San Juan, PR 00908-6606
TEL: (787)722-0635/(787)722-7745
FAX: (787)725-3970
E-MAIL: QuetglasLaw@gmail.com;
Eric@QuetglasLaw.com