# United States Court of Appeals
## For the First Circuit

No. 12-1008

RUSELL HOFF; GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT; NILDA PICO; JOSE L. PUIG-RIVERA; RUBEN GARCIA; ALL PLAINTIFFS; FERNANDO OTERO, as Administrator of the Estate of Manuel Romero-Sanchez and JMV Investment Group, Inc., individually and on behalf of all others similarly situated. Consolidated from Civil 09-1582; ESTATE OF MANUEL ROMERO-SANCHEZ, Represented by its Administrator Fernando Otero, Consolidated from Civil 09-1582; JMV INVESTMENT GROUP INC., Represented by its Administrator Fernando Otero, Consolidated from Civil 09-1582

Plaintiffs - Appellees

CECI MONTILLA-ROJO; CARLOS CAMINO-RIOS; SONIA SANTIAGO-MARTINEZ; NAILA FIGUEROA-ARCE; CARLOS RIOS; CONSUELO SANABRIA; ANGELA RIVERA; ANGEL G. RIVERA; VICTOR GINORIO; IRMA SANTIAGO-MARTINEZ; PEDRO ROSELL-BORGES; ANA BEIRUT; IVAN LIZARDI-ESTRADA; IRENE RAMIREZ-SEPULVEDA; LUIS PRATTS; NEREIDA RESTO; JUAN DAZ-MORALES; RAFAEL JIMENEZ-BARRERAS; FERNANDO LOPEZ-DIRUBE; CARLOS LUGO; ALFRED TOLEDO; ROSE CASANOVA; ENRIQUE CARRILLO; LUZ ARROYO; JOSE LOPEZ-RIVERA; ELIUD PADILLA-ROSA; SARAI TORRES; ISEL PEDROSA; JULIA CAMARENO; RAFAEL GARCIA; MARIA FEBLES; MARIA BERLINGERI LUISA VIRGINIA FUSTER BERLINGERI MARIA LUQUE; MYRNA LUGO; VICTOR RODRIGUEZ; EMILIA VAZQUEZ-STEFANI; JAIME COLLEY-SANCHEZ; ADA CAPO; MAGDALENA DIAZ-PIZA; CARMEN MARANTE-RODRIGUEZ; RICARDO HEREDIA; ENRIQUE MARTINEZ-ABREU; LUCY GONZALEZ; NEWLYN DEVELOPERS; WILLIAM CARRASQUILLO; HARRY OJEAS-PABEY; MARIA ALMENA; WILMA ORTEGA; JUAN SANCHEZ; ANGELES PILLICH-LOPEZ; CARMEN OLIVENCIA; IRIS QUINONES-RAMIREZ; RAFAEL IRIZARRY; ALICIA RAFFUCCI; JOSE TORRES JORGE RAMIREZ-NIEVES; JOSE RAMIREZ-TORRES; EDRICK TORRES-ROCHE; JOAQUIN CRESPO-MOYET; JESUS RAYMOND; MANUEL A. COLON-CABRERA; ALBERTO RODRIGUEZ; OCTAVIO RAMOS-PUMAREJO; HECTOR RODRIGUEZ; ANGEL LOPEZ; MARIA SABATER; ISMAEL LA TORRE; DIANA SILVESTRY; MANUEL MIRANDA; YOLANDA SNEED; LUIS IRIZARRY-CUEBAS; MARCELINO VARELA; NESTOR CARDONA-AVILES; RENEIDA VARGAS-OCASIO; MAGDA CANCIO; CESAR CALDERON; NEXUS DEVELOPMENT GROUP; JERRY RIVERA; ZRM GROUP; SANDRA GONZALEZ; FRANCISCO ESTEVES-VERGNES; MIGUEL CANCIO; SYLVIA CANCIO; RAFAEL DIAZ-LEBRON; IRIS RAMIREZ-OQUENDO; ENRIQUE FIERRES-GONZALEZ; JOSE JANER-VELAZQUEZ; JORGE JULIA-RODRIGUEZ; YASMIN STELLA LEDEE-MONGE; JORGE NIEVES-VELAZQUEZ; JENNIFER BIAGGI; JUAN CANCIO-RODRIGUEZ; FERNANDO CASO; JOSE CASO; SANDRA CRUZ; MIRTA ESPINOSA; JORGE ESTARELLAS; SEBASTIAN ESTARELLAS; ALBERTO FERNANDEZ-CARBIA; FIERRES, INC.; EDWIN

FIGUEROA-BRANUELAS; BRUNILDA GARCIA; MARIA GARRIGA; DOLORES GORROCHATEGUI; MAGDA HAIDAR-GRAU; ANDREW HALKO; MARTA HARRISON; HECTOR HERRERA; MARIA JIMENEZ-PICO; NILMARIE JIMENEZ-PICO; SONIA LATIMER; JORGE LEISECA-GARMENDIA; LYDIA LOPEZ-RODRIGUEZ Rios-Sanabria Conjugal Partnership; Rios-Sanabria Conjugal Partnership; Rosell-Beirut Conjugal Partnership; Pratts-Resto Conjugal Partnership; Toledo-Casanova Conjugal Partnership; Carrillo-Arroyo Conjugal Partnership; Padilla-Torres Conjugal Partnership; Pedrosa-Camareno Conjugal Partnership; Garcia-Febles Conjugal Partnership; Colley-Capo Conjugal Partnership; Heredia-Gonzalez Conjugal Partnership; Carrasquillo-Almena Conjugal Partnership; Sanchez-Olivencia Conjugal Partnership; Cardona-Cancio Conjugal Partnership; Cancio-Cancio Conjugal Partnership; Diaz-Ramirez Conjugal Partnership; Caso-Latimer Conjugal Partnership; Conjugal Partnership Estarellas-Ortega; Conjugal Partnership Martinez-Garcia; Conjugal Partnership Ojeas-Sneed; Conjugal Partnership Ramirez-Espinosa; Raymond-Biaggi Conjugal Partnership; Rodriguez-Cruz Conjugal Partnership; Rodriguez-Pico Conjugal Partnership; Varela-Harrison Conjugal Partnership

Plaintiffs

v.

POPULAR, INC.; RICHARD L. CARRION; JORGE A. JUNQUERA; MANUEL MORALES; FRANCISCO M. REXACH; JUAN J. BERMUDEZ; MARIA L. FERRE; WILLIAM J. TEUBER; JOSE R. VIZCARRONDO; FREDERIC V. SALERNO; MICHAEL J. MASIN; PRICEWATERHOUSECOOPERS, LLP.; UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO; POPULAR SECURITES, INC.; CITIGROUP GLOBAL MARKETS, INC.; ALL DEFENDANTS

Defendants

DALMIS PEREZ  Intervenor  MARIA DEL CARMEN GARRIGA; ALFREDO CARL MELTZ-NARVAEZ; FRANCISCO LOPEZ-DOSAL; JOSE ALONSO; EMILIA VAZQUEZ-STEFANI; ANGEL LOPEZ-SANCHEZ; EDWIN FIGUEROA-BRAUNE; MARIA D. LUQUE-VILLAFANE; JESUS M. ZAYAS; M. ROMERO-SANCHEZ; JUAN JOSE GARCIA-RODRIGUEZ; MIGUEL CANIO; JUAN CANCIO; BENINGNO GONZALEZ; CARMEN MUNOZ-BERRERO; HAYDEE LOPEZ-DUPRY; LOMBARDO PEREZ

Interested Parties - Appellants
_____

**JUDGMENT**

Entered: February 15, 2012
Pursuant to 1st Cir. R. 27.0(d)

     Upon consideration of appellants' unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith**.**

By the Court:

/s/ Margaret Carter, Clerk

cc:
Salvador J. Antonetti-Stutts
Maria Dolores Bertolez-Elvira
David H. Braff
John P. Brumbaugh
Darrell S. Cafasso
Russell Del Toro
Ubaldo M. Fernandez
Salvatore J. Graziano
Laura H. Gundersheim
Ellen Gusikoff-Stewart
Daniel Lewis
Andres W. Lopez
Roberto O. Maldonado-Nieves
Nestor Mendez-Gomez
Luis E. Minana
Joseph E. Neuhaus
Ana Matilde Nin-Torregrosa
Jose F. Quetglas Jordan
Eric Quetglas-Jordan
Jeremy P. Robinson
Lilia R. Rodriguez-Ruiz
David Avi Rosenfeld
Robert M. Rothman
Roberto Santana-Aparicio
Jeffrey T. Scott
Gerald H. Silk
Elizabeth V. Tanis
Sara L. Velez-Santiago
Herbert Washer
Kirk Wood